Fill in this information to identify the case:

Debtor 1: Monica Michelle Moore

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri
(State)

Case number: 18-50231-btf13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")    Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 7 4 4 8

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | 06/14/2018, 07/23/2018 | (4) | $ 1,246.00 |
| 5. Bankruptcy/Proof of claim fees | 08/16/2018 | (5) | $ 325.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 08/08/2018 | (7) | $ 15.00 |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Statutory Mailing | 07/17/2018 | (11) | $ 5.42 |
| 12. Other. Specify: Publication | 07/17/2018 | (12) | $ 500.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Monica Michelle Moore | Case number (if known) | 18-50231-btf13 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Dustin Stiles
Signature

Date 09 / 13 / 2018

Print: Dustin Stiles
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Kozeny & McCubbin, L.C.

Address: 12400 Olive Blvd., Suite 555
Number    Street
St. Louis, MO 63141
City          State    ZIP Code

Contact phone (314) 991 – 0255

Email: wdmo@km-law.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| In Re | |
| **Monica Michelle Moore,** | **Case No: 18-50231-btf13** |
| Debtor. | **Chapter 13** |
| **Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), its successors and assigns,** | **CERTIFICATE OF SERVICE** |
| Movant. | |
| v. | |
| **Monica Michelle Moore,** | **Kozeny & McCubbin, L.C.** |
| Debtor, | **12400 Olive Blvd., Suite 555** |
| and | **St. Louis, MO 63141** |
| | **wdmo@km-law.com** |
| **Richard Fink,** Trustee**,** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Mortgage Postpetition Fees, Expenses, and Charges and a copy of this pleading were served electronically via CM/ECF the 13th day of September, 2018 to the parties listed below:

Noah J. Briles
Attorney for Debtor
918 Francis St.
St. Joseph, MO 64501



Richard Fink
Trustee
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

Office of the US Trustee
U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106


And delivered via regular U.S. Mail on September 13, 2018 to:

Monica Michelle Moore
Debtor
705 South 14th Street
Saint Joseph, MO 64501



                Respectfully submitted,


                /s/Dustin Stiles
                Jonathon B. Burford, #59337
                Dustin Stiles, #63272
                Attorneys for Movant
                12400 Olive Blvd., Suite 555
                St. Louis, MO 63141
                Phone: (314) 991-0255
                Fax:  (314) 567-8019
                wdmo@km-law.com


*KM1205942 0KM*